JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>         Plaintiffs,<br>   v.<br><br>PALOMAR GRADING & PAVING, INC., a California corporation,<br><br>         Defendant. | Case No.  2:14-cv-01376-GAF (VBKx)<br><br>ASSIGNED TO THE HONORABLE GARY A. FEESS<br><br>**ORDER RE: PLAINTIFFS' REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

1    IT IS HEREBY ORDERED that pursuant to Fed. R. Civ. Proc. 41(a) and the
2    "Request for Dismissal without Prejudice" filed by Plaintiffs Trustees of the Operating
3    Engineers Pension Trust, et al., all claims for relief in the above-captioned action
4    against Defendant, Palomar Grading & Paving, Inc., are dismissed without prejudice.

5

6    Dated: July 17, 2014

7                                                                  _____
8    **JS-6**                                                      UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
ORDER RE: PLAINTIFFS' REQUEST FOR DISMISSAL WITHOUT PREJUDICE
LA14CV01376GAF-O JS6.docx